Lawrence J. Semenza, III, Esq., Bar No. 7174
Christopher D. Kircher, Esq., Bar No. 11176
LAWRENCE J. SEMENZA, III, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:  (702) 920-8669
Email: ljs@semenzalaw.com
Email: cdk@semenzalaw.com

Attorneys for Plaintiff/Judgment Creditor
Wynn Resorts Holding, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WYNN RESORTS HOLDINGS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SPIRAL MATRIX, an entity of unknown origin,<br><br>Defendant. | Case No. 2:06-cv-01282-LDG-RJJ<br><br>**AFFIDAVIT OF RENEWAL OF JUDGMENT** |

STATE OF NEVADA      )
                                         ) ss.
COUNTY OF CLARK     )

Plaintiff/Judgment Creditor WYNN RESORTS HOLDINGS, LLC, by and through Mary Ann Nicholson, its authorized representative, and pursuant to NRS 17.214, first being duly sworn according to law, hereby submits this Affidavit of Renewal of Judgment against Defendant/Judgment Debtor Spiral Matrix ("Judgment Debtor").

1.      I am the Director of Litigation and Claims Administration for Wynn Resorts Holdings, LLC, the Plaintiff/Judgment Creditor in the above-entitled action.  I have personal knowledge of the facts contained in this affidavit and if called to do so, would testify competently thereto.

2.      The Judgment was originally recorded in Clark County, Nevada on February 22, 2013, instrument number 201302220000210.

3.      The Judgment being renewed was initially entered in this Court, on March 13, 2007, for a total amount of $105,782.45.  *See* Default Judgment attached hereto as Exhibit "A".

4.      Neither Judgment Debtor nor anyone on its behalf has made any payments to satisfy any part of the Judgment.  There are no outstanding writs of execution for enforcement of the Judgment.

5.      There are no offsets or counterclaims in favor of the Judgment Debtor.

6.      The current amount due and owing to date on the Judgment is $105,782.45.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
MARY ANN NICHOLSON

Subscribed and sworn before me
this ____ day of March, 2013.

_____
Notary Public



CHRISTINA CUEVAS
Notary Public, State of Nevada
Appointment No. 08-8349-1
My Appt. Expires Oct 9, 2016

ORDER

IT IS SO ORDERED that the within Default Judgment is renewed.

DATED this _____ day of March, 2013.

_____
Lloyd D. George
Sr. U.S. District Judge

LAWRENCE J. SEMENZA, III, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

# EXHIBIT A

# EXHIBIT A

1 | Mark G. Tratos (Bar No. 1086)
Ronald D. Green Jr. (Bar No. 7360)
2 | Laraine M. I. Burrell (Bar No. 8771)
Andrew D. Sedlock (Bar No. 9183)
3 | GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
4 | Suite 500 North
Las Vegas, Nevada 89169
5 | Telephone: (702) 792-3773
Facsimile: (702) 792-9002
6
Counsel for Plaintiff
7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10 | Wynn Resorts Holdings, LLC, a Nevada
Limited Liability Company,                    Case No. CV-S-06-1282-LDG-RJJ
11
Plaintiff,                    **DEFAULT JUDGMENT**
12

13
v.
14

15
Spiral Matrix, an entity of unknown origin,
16
Defendant.
17

18          Plaintiff Wynn Resorts Holdings, LLC, having filed a Motion for Entry of Default

19 Judgment against Defendant Spiral Matrix pursuant to Rule 55 of the Federal Rules of Civil

20 Procedure; the Defendant having failed to respond to, or answer, Plaintiff's Complaint

21 previously served upon Defendant; the Clerk of the Court having entered Default against

22 Defendant on Spiral Matrix; this Court having now given due consideration to Plaintiff's

23 Motion for such judgment as well as papers, pleadings, and exhibits offered in support

24 thereof; and the Court being further fully advised in the matter and there having been no

25 appearance made by Defendant, it is therefore,

26          ORDERED, ADJUDGED and DECREED that Judgment be entered in favor of

27 Plaintiff Wynn Resorts Holdings, LLC, and against Defendant Spiral Matrix, on all counts of

28 Plaintiff's Complaint; and, it is further ordered and adjudged that said Judgment shall

DEFAULT JUDGMENT

1    include the following specific findings of fact and award of specific relief:

2        a.    Plaintiff Wynn Resorts Holdings, LLC is the owner of certain Wynn

3               trademarks and variations thereof used in relation to casino services as

4               identified in the Complaint;

5        b.    Plaintiff Wynn Resorts Holdings, LLC's Wynn marks are famous;

6        c.    Defendant registered and used the Infringing Domain Names

7               <wynnresoet.com> and <wynnhotellasvegas.net> with the bad faith intent to

8               profit from its use of Plaintiff's marks;

9        d.    Defendant provided links to online casino services and hotel and travel

10              reservations which were accessible through Defendant's Infringing Domain

11              Names at <wynnresoet.com> and <wynnhotellasvegas.net>.

12       e.    Plaintiff and Defendant are competitors and the respective services offered by

13              each are similar;

14       f.    Defendant's use of the term Wynn in connection with its services is likely to

15              cause confusion as to the source and origin of Defendant's services;

16       g.    Defendant's use of the term Wynn in connection with its services has and is

17              likely to continue to cause dilution of Plaintiff Wynn Resorts Holdings, LLC's

18              Wynn marks;

19       h.    Should Defendant's use of the term Wynn continue, Plaintiff will continue to

20              suffer irreparable injury to its good will and reputation which was established

21              through use of the Wynn marks and for which an award of damages would be

22              inadequate.

23       i.    Should Defendant's use of the term Wynn continue, Plaintiff will continue to

24              suffer irreparable injury as the Wynn marks will lose their capacity to identify

25              its goods and services; i.e., they will be diluted, for which an award of

26              damages would be inadequate;

27       j.    Defendant acted willfully in its infringement and dilution of the Wynn marks;

28              and

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

2.

1    k.   Defendant is liable for its infringement, dilution, unfair competition and

2         cybersquatting.

3         THEREFORE, IT IS HEREBY ORDERED that the Defendant Spiral Matrix, its

4    respective officers, agents, servants, employees, and/or all persons acting in concert or

5    participation with it, (1) from using Plaintiff's trademarks or confusingly similar variations

6    thereof, alone or in combination with any other letters, words, letter strings, phrases or

7    designs, in commerce or in connection with any business or for any other purpose

8    (including, but not limited to, on web sites and in domain names); and (2) from registering,

9    owning, leasing, selling or trafficking in any domain name containing Plaintiff's trademarks

10   or confusingly similar variations thereof, alone or in combination with any other letters,

11   words, phrases or designs;

12        IT IS FURTHER ORDERED that the current registrar of the    <wynnresoet.com>

13   and <wynnhotellasvegas.net> domain names shall immediately unlock and permanently

14   transfer the <wynnresoet.com> and <wynnhotellasvegas.net> domain names to Plaintiff;

15        IT IS FURTHER ORDERED that Defendant is permanently enjoined from accepting

16   bets, for money or not, from persons located in the United States or domiciled within or

17   outside of the borders of the United States, from any online casino or Internet gaming site

18   using a web site or domain name with any variation or letter string containing the Wynn

19   marks;

20        IT IS FURTHER ORDERED that Defendant pay Plaintiff $1,000 in nominal damages

21   for corrective advertising;

22        IT IS FURTHER ORDERED that Defendant pay Plaintiff statutory damages of

23   $100,000 per domain name;

24        IT IS FURTHER ORDERED that Defendant pay Plaintiff's attorneys' fees and costs

25   in the amount of $4,782.45;

26        IT IS FURTHER ORDERED that Plaintiff's cash deposit of Two Hundred Dollars

27   ($200.00) be released from the Registry Account of this Court and returned to Greenberg

28   Traurig.

3.

DEFAULT JUDGMENT

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

1    IT IS FURTHER ORDERED that jurisdiction of this case shall be retained by this

2   Court for the purpose of enforcement of this Judgment.

3

4                                                    UNITED STATES DISTRICT JUDGE

5                                              DATED: _9 MAR 2007_

6   Submitted by:

7   GREENBERG TRAURIG, LLP

8   Mark G. Tratos (Bar No. 1086)
    Ronald D. Green Jr. (Bar No. 7360)
9   Laraine M. I. Burrell (Bar No. 8771)
    Andrew D. Sedlock (Bar No. 9183)
10  3773 Howard Hughes Parkway
    Suite 500 North
11  Las Vegas, Nevada 89169
    Counsel for Plaintiff
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

DEFAULT JUDGMENT

4.