# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Wynn Resorts Holdings, LLC,

           Plaintiff,

V.

Spiral Matrix,

           Defendant.

**RENEWAL JUDGMENT IN A CIVIL CASE**

Case Number: 2:06-cv-01282-LDG-RJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Renewal Default Judgment is entered in favor of Plaintiff Wynn Resorts Holdings, LLC and against Defendant Spiral Matrix in the amount of $105,782.45.

Mar 13, 2013
Date

/s/ Lance S. Wilson
Clerk

By: /s/ Ari Caytuero
(By) Deputy Clerk